

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| SKY STATION HOLDINGS I, LP, | § | No. 08-16-00055-CV |
| Appellant, | § | Appeal from the |
| v. | § | 98th District Court |
| FIDELITY NATIONAL TITLE | § | of Travis County, Texas |
| INSURANCE COMPANY, BORIS SEREBRO, AND SEREBRO LAW | § | (TC# D-1-GN-15-005849) |
| PLLC, | § | |
| Appellees. | § | |

# **O R D E R**

The Court GRANTS the Appellees' third motion for extension of time within which to file the brief until **October 20, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEES' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. William Mennucci and the Hon. Christopher R. Mugica, the Appellees' attorneys, prepare the Appellees' brief and forward the same to this Court on or before October 20, 2016.

IT IS SO ORDERED this 30th day of September, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.